**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oneil Markeith WATSON, Defendant–Appellant.**

No. 15–6401.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Oneil Markeith Watson, Appellant pro se. Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oneil Markeith Watson appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Watson,* No. 2:08–cr–00045–RBS–FBS–1 (E.D.Va. Jan. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*